## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## Judge Robert E. Blackburn

Date:              February 16, 2016

Deputy Clerk:      Kathleen Finney
Court Reporter:    Tracy Weir

**Civil Action No.  15-cv-02602-REB-KLM**

*Parties:*                              *Counsel:*

RED ROBIN INTERNATIONAL, INC.,          Allison Grow
                                        Fredric Cohen
       Plaintiff,
v.

LEHIGH VALLEY RESTAURANT                Neal McConomy
GROUP, INC.,                            Scott Sandberg

       Defendant.

## COURTROOM MINUTES

**Preliminary Injunction Hearing**

**10:20 a.m.    Court in session**

Appearances of counsel.  Also appearing at plaintiff's table is Teri Lowery, Deputy General Counsel for plaintiff; and appearing at defense table is James Ryan, CEO for defendant, and Jeffrey Lobach.

Opening statements by the court.  The matter is before the court for consideration on the **Plaintiff's Motion for Preliminary Injunction** [#13] filed December 18, 2015.

10:24 a.m.    Defendant representative, James Ryan, called and sworn.

Direct examination by Mr. Cohen.

Exhibits identified: 1, 8, 46.

Exhibits admitted: 46.

10:46 a.m.     Cross/direct examination by Mr. Sandberg.

Exhibits identified: 2, 3, 10, 4, 20, 22, 5, 7, 9, 27, 28.

Exhibits admitted: 2, 3, 10, 20, 22, 27, 28.

All stipulated exhibits are admitted in evidence for the limited purpose of this proceeding.

11:28 a.m.     Redirect/cross examination by Mr. Cohen.

Exhibits identified: 47, 6, 7.

Exhibits admitted: 47.

11:40 a.m.     Redirect examination by Mr. Sandberg.

11:44 a.m.     Mr. Ryan stands down.

Plaintiff rests.

Defendant rests.

11:45 a.m.     Plaintiff's closing argument by Mr. Cohen.

12:01 p.m.     Defendant's closing argument by Mr. Sandberg.

A written order will be issued as soon as practicable.

**12:18 p.m.    Court in recess.**

Total time in court:   01:58

Hearing concluded**.**